# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRO ESTUDILLO-OBESO and DINORA OBESO ORTIZ,<br><br>          Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,<br><br>          Defendants. | No. 2:23-cv-00678-ART-BNW<br><br>**ORDER APPROVING**<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL OF DEFENDANTS WITH PREJUDICE**<br><br>NOTED WITHOUT ORAL ARGUMENT |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Alejandro Estudillo-Obeso, and Dinora Obeso Ortiz, by and through their attorney, and attorney for Defendants, respectfully submit this Stipulation of Partial Dismissal With Prejudice for U.S. Citizenship and Immigration Services ("USCIS") Defendants, Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou.

This Stipulation seeks to dismiss the claims made against USCIS' Defendants, Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou, regarding the government's action on the processing of Plaintiff Dinora Obeso Ortiz's I-601A Application for Provisional Unlawful Presence Waiver ("I-601A application"). At this

JOINT STIPULATION OF PARTIAL DISMISSAL - 1

time, USCIS Defendant have adjudicated and approved Plaintiff Dinora Obeso Ortiz's I-601A application.  As such, the Plaintiffs' claims of delay relating to the I-601A Application (only) are moot.

Therefore, Plaintiffs and USCIS Defendants submit this stipulation of partial dismissal for USCIS Defendants, Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou to be dismissed from the case with prejudice. Plaintiffs will proceed with their claims against the remaining Defendants (Phillip Slattery, Richard C. Visek, and Antony J. Blinken) in this matter.

RESPECTFULLY SUBMITTED this 4th day of March 2024.

Quiroga Law Office, PLLC

By: *s/Maria E. Quiroga*
Maria E. Quiroga
*Attorney for Plaintiffs*
Maria@quirogalawoffice.com

By: *s/* R. Thomas Colonna
Assistant United States Attorney
*Attorney for Defendants*
Richard.Colonna@usdoj.gov

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: March 5, 2024

JOINT STIPULATION OF PARTIAL DISMISSAL - 2