|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALEJANDRO ESTUDILLO-OBESO and DINORA OBESO ORTIZ,

        Plaintiffs,

vs.

ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,

        Defendants.

No. 2:23-cv-00678-ART-BNW

**ORDER GRANTING**

**JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**

NOTED WITHOUT ORAL ARGUMENT

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Alejandro Estudillo-Obeso, and Dinora Obeso Ortiz, by and through their attorney, and attorney for Defendants, respectfully submit this Stipulation of Dismissal of Case With Prejudice.

    This Stipulation seeks to dismiss all claims against all Defendants. At this time, Defendant have adjudicated and approved what was requested in Plaintiffs' Complaint and Plaintiffs' claims are now moot.

JOINT STIPULATION OF PARTIAL DISMISSAL - 1

RESPECTFULLY SUBMITTED this 23rd day of April 2024.

Quiroga Law Office, PLLC

By: *s/Maria E. Quiroga*  
Maria E. Quiroga  
*Attorney for Plaintiffs*  
Maria@quirogalawoffice.com

By: *s/* R. Thomas Colonna  
Assistant United States Attorney  
*Attorney for Defendants*  
Richard.Colonna@usdoj.gov

IT IS SO ORDERED.

_____  
Anne R. Traum  
United States District Court Judge

DATED: April 24, 2024

JOINT STIPULATION OF PARTIAL DISMISSAL - 2